# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARKETUS LADARRAL LOWE                                           PLAINTIFF

V.                              5:08CV00115 WRW/JTR

MICKEY BUFFKIN, Officer,
Pine Bluff Police Department; and
PINE BLUFF POLICE DEPARTMENT                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.	Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Defendant Pine Bluff Police Department is DISMISSED, WITH PREJUDICE, because Plaintiff has failed to state a viable claim against it, and Plaintiff shall PROCEED with his excessive force claim against Defendant Buffkin.

2.	The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3.	The Clerk is directed to prepare a summons for Defendant Buffkin, and the United States Marshal is directed to serve the Complaint, summons, and this Order upon him without prepayment of fees and costs or security therefor.[1]

Dated this 16th day of May, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] If Defendant Buffkin is no longer an employee of the Pine Bluff Police Department, the party responding to service shall file a **SEALED** statement containing Defendant Buffkin's last known private mailing address.